IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:94cr62-MHT |
| | ) | (WO) |
| LORENZO HUGHES | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel entered November 22, 2019, and after an independent and de novo review of the record, it is ORDERED that defendant Lorenzo Hughes's motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (doc. no. 2119) is denied. Defendant Hughes is ineligible for

a sentence reduction because Amendment 782 did not lower his Guidelines offense level or sentencing range, due the amount of cocaine involved in his offense.

DONE, this the 22nd day of November, 2019.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**