IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:94cr62-MHT** |
| | ) | **(WO)** |
| **LORENZO HUGHES** | ) | |

**ORDER**

This case is before the court on defendant Lorenzo Hughes's motion for modification of his term of supervised release. The probation department and the government do not oppose the motion. In its response, the probation department notes that Hughes has completed over half of his five-year term of supervision with no incidents of noncompliance and that he has maintained stable housing and employment since his release, has "displayed a very positive attitude," and "has remained a productive citizen." Probation's Response (Doc. 2208). The court finds that Hughes is no longer in need of supervision.

\*\*\*

Accordingly, it is ORDERED that:

(1) The motion for modification of the term of supervised release (Doc. 2200) is granted.

(2) Defendant Lorenzo Hughes's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 13th day of April, 2022.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**